IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEVLING OTTIS,**                                                                                    **PLAINTIFF**
ADC #156040

v.                                  Case No. 2:21-cv-00052-KGB/JTR

**DEXTER PAYNE, Director**
**Arkansas Division of Correction,** *et al.*                                        **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). Plaintiff Devling Ottis has not filed any objections to the Recommended Disposition, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*).

The Court dismisses without prejudice Mr. Ottis's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1). *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 9th day of January, 2023.

_____
Kristine G. Baker
United States District Judge